**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01189-LTB-KMT

ADVANCED CIRCUITS, INC.,

       Plaintiff,

v.

EXCEPTIONAL INNOVATION, LLC,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 8 - filed May 19, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                                       s/Lewis T. Babcock
                                                     Lewis T. Babcock, Judge

DATED:   May 20, 2011